# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: ELIACIN MACINTAUCH (1)   CASE NO: 00-6294-CR-HURLEY
AUSA: BRUCE BROWN / Laniger   ATTY: Robin Farnsworth
AGENT: DEA   VIOL: 21:841(a)(1)
PROCEEDING: I/A ON SEALED INDICTMENT   RECOMMENDED BOND: PTD
BOND HEARING HELD - yes / no   COUNSEL APPOINTED:
BOND SET @:   To be cosigned by: FPD

FILED OCT 13 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

REC'D by OCT 6 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. - W.P.B.

☐ Do not violate any law.
☐ Appear in court as directed.
☐ Surrender and / or do not obtain passports / travel documents.
☐ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person.
☐ Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
☐ Maintain or seek full - time employment.
☐ No contact with victims / witnesses.
☐ No firearms.
☐ Curfew:
☐ Travel extended to:
☐ Halfway House

Ore tenus motion to unseal granted. Order signed. Deft advised of charges - sworn for counsel.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | 10-20 | 10 | duty | WPB ✓ |
| PRELIM/ARRAIGN OR REMOVAL: | 10-20 | 10 | duty | WPB ✓ |
| STATUS CONFERENCE: | | | | |

DATE: 10-13-00   TIME: 11:00   FTL/LSS TAPE # 00- 051   Begin: 3053   End: 3550