UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6294-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MACINTOUCH ELIACIN,

    Defendant.

_____/



## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender
specified below.

Please send all notices and inquiries to this attorney at the address listed below.

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

_____
Lori Barrist
Assistant Federal Public Defender
Attorney for the Defendant
Florida Bar No. 374504
400 Australian Avenue, Suite 300
West Palm Beach, FL  33401
Tel:  (561) 833-6288, Fax:  (561) 833-0368

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed/delivered this **16th**

day of October 2000, Bruce Brown, Assistant United States Attorney, 299 East Broward Boulevard,

Fort Lauderdale, Florida 33301.

_____
Lori Barrist