U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON**  DATE: 10/20/00   TIME: 9:30 AM

DEFT. ELIACIN, MACINTAUCH (J)    CASE NO. 00-6294-CR-HURLEY

AUSA. BRUCE BROWN    ATTY. LORI BARRIST / FEDERAL PUBLIC DEFENDER

AGENT. ROBERT FELICIONI _ DEA    VIOL. CONSP/PWID CRACK COCAINE 21:841(a)(1), 846

PROCEEDING: ARRAIGNMENT & PRETRIAL DETENTION    BOND. NO BOND

DISPOSITION: Status Conf set 11/20/00 @ 9:30 A.M.

Reading of Indictment Waived
~~Not Guilty plea entered~~
Jury trial demanded
Standing Discovery Order Requested.

Defendant Arraigned.

Pretrial Detention hearing held. Court finds defendant is a ~~risk of flight and a~~ danger to community and orders defendant pretrial detained.

Agent McDougal sworn.

DATE: 10/20/00    TAPE: LRJ-00- 92-2474/93-1