UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6294-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

vs.

ELIACIN MACINTAUCH,
        Defendant.
_____/

## ARRAIGNMENT INFORMATION SHEET

The above-named Defendant appeared before **Chief U.S. Magistrate Judge Johnson**, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

**Defendant:**

Jail No.: _____

Language: ENGLISH

Address: IN CUSTODY

_____

Tel. No: _____

**Defense Counsel:**

Name    : FEDERAL PUBLIC DEFENDER

Address: 400 AUSTRALIAN AVENUE NORTH

        WEST PALM BEACH, FL 33401

Tel. No: 561-833-6288

**Bond Set/Continued:**    $ PRETRIAL DETENTION

Dated this 20th day of October, 2000.

CLARENCE MADDOX, CLERK

BY _____
    Deputy Clerk

TAPE NO. LRJ - 00-92-2474
DIGITAL START NO. 93-1