AO 442 (Rev. 12/85) Warrant for Arrest  AUSA BRUCE O. BROWN; DEA, S/A ROBERT FELICIONI (954)489-1740

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

ELIACIN MACINTAUCH

## WARRANT FOR ARREST

CASE NUMBER: 00-6294

CR-HURLEY

MAGISTRATE JUDGE VITUNAC

TO:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ ELIACIN MACINTAUCH
                                                          Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) Conspiracy to possess with intent to distribute and distribution of cocaine base,

in violation of Title 21 United States Code, Section(s) 841(a)(1) and 846

| | |
|---|---|
| CLARENCE MADDOX | COURT ADMINISTRATOR\CLERK OF THE COURT |
| Name of Issuing Officer | Title of Issuing Officer |
| Signature of Issuing Officer | October 5, 2000, Fort Lauderdale, Florida |
| | Date and Location |
| Bail fixed at $ Pre-Trial Detention | by Barry S. Seltzer, United States Magistrate Judge |
| | Name of Judicial Officer |

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____ Ft. Lauderdale, FL |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10/5/00 | James A. Tassone United States Marshal Southern District of Florida | |
| DATE OF ARREST | | |
| 10/12/00 | | Edward Purchase, SDUSM |