# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON** DATE: 11/20/00    TIME: 9:30 AM - 10:00 am

DEFT. ELIACIN MACINTAUCH (J)    CASE NO. 00-6294-CR-HURLEY/VITUNAC
(Defendant not needed)
*Rolando Garcia for*    *Dave Brannon for*
AUSA. BRUCE BROWN    ATTY. LORI BARRIST, AFPD

AGENT. ROBERT FELICIONI - DEA    VIOL. CONSP/PWID CRACK COCAINE
21:841(a)(1), 846

PROCEEDING STATUS RE: DISCOVERY    BOND. PRETRIAL DETENTION

DISPOSITION: No pending motions; No discovery problems; Case ready for trial. Estimated 5 days for trial.

DATE: 11/20/00.    TAPE: LRJ-00- 102-1181