UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6294-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MACINTAUCH ELIACIN,

    Defendant.
_____/



FILED by ___ D.C.

DEC - 4 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER COMPELLING PRODUCTION OF TAPES

It appearing to the court that there are numerous audiotapes and a videotape involved in the case, that the defendant has been requesting production of the tapes for more than a month, and it being impossible to prepare for trial without the tapes, it is hereby:

ORDERED that the defendant's *ore tenus* motion to compel production is granted, and the government shall deliver to defense counsel by December 1, 2000, all audiotapes and videotapes involved in the case.

DONE and ORDERED this 29rd day of November 2000, at West Palm Beach, Florida.

                                                  Daniel T. K. Hurley
                                                DANIEL T. K. HURLEY
                                                UNITED STATES DISTRICT JUDGE

cc:    Lori Barrist, AFPD
        Bruce Brown, AUSA
        David Joffe, Esq.

