BB:as

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6294-CR-HURLEY(s)

UNITED STATES OF AMERICA,　)
　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　)
　　　　　　　　　　　　　　)
ERIC TAYLOR, ET AL.　　　　 )
_____)



### ORDER TO SEAL

This cause came before this Court on the Government's Motion to Seal. The Court being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the government's motion is hereby granted, and the Clerk of the Court shall seal the Superseding Indictment, Penalty Sheets, Certificate of Trial Attorney, Warrant for Arrests, Motion to Seal and Sealing Order, with the exception of copies of the Warrant for Arrests be provided to the U.S. Marshal's Service and the Drug Enforcement Administration, until the first defendant is arrested or further order of the Court.

DONE AND ORDERED at Fort Lauderdale, Florida, this 1ST day of February, 2001.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　LURANA S. SNOW
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE