UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6294-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MACINTAUCH ELIACIN,

    Defendant.

_____/



## <u>NOTICE OF PLEA HEARING</u>

    The defendant, Macintauch Eliacin, through counsel, hereby informs the court that he

will enter a guilty plea on Monday, March 12, 2001, at 8:30 a.m.

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

Lori Barrist
Assistant Federal Public Defender
Attorney for the Defendant
Florida Bar No. 374504
400 Australian Avenue, Suite 300
West Palm Beach, FL 33401
(561) 833-6288 - Telephone
(561) 833-0368 - Fax



## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed this 21st day of

February, 2001, to Bruce Brown, Assistant United States Attorney, 299 East Broward Boulevard,

Fort Lauderdale, Florida 33301; and to Eliacin Macintauch, Cell S4A, Pouch 2087, Palm Beach

County Jail, P. O. Box 24716, West Palm Beach, FL  33416.

_____
Lori Barrist