# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
    Plaintiff,

NOTICE

VS.

CASE NUMBER: 00-6294-CR-HURLEY/VITUNAC(s)

ERIC TAYLOR     (J)
MACINTAUCH ELIACIN (J)
    (Defts. required)
    Defendants.

TYPE OF CASE:

( ) **CIVIL**      (XX) **CRIMINAL**

(XX) TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE: | ROOM NO.: |
|---|---|
| UNITED STATES COURTHOUSE<br>701 CLEMATIS STREET<br>WEST PALM BEACH, FL. 33401 | COURTROOM #3 (4TH FLOOR)<br>DATE AND TIME:<br>THURSDAY, 3-1-01 @ 9:30 AM |

TYPE OF PROCEEDING:

ARRAIGNMENT ON SUPERSEDING INDICTMENT

( ) TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE: | DATE/TIME PREVIOUSLY SCHEDULED: | CONTINUED TO, DATE AND TIME: |
|---|---|---|
| | | |

ANN E. VITUNAC
U.S. MAGISTRATE JUDGE

FEBRUARY 23, 2001
DATE

(BY) DEPUTY CLERK

TO: DAVID JOFFE, ESQUIRE
    LORI BARRIST, AFPD
    UNITED STATES ATTORNEY (BRUCE BROWN)
    UNITED STATES MARSHAL
    UNITED STATES PRETRIAL SERVICE

