# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC** DATE: 03/01/2001   TIME: 9:30 AM

DEFT. MACINTAUCH ELIACIN ✓ (J)   CASE NO. 00-6294-CR-HURLEY/VITUNAC(s)

AUSA. *Neil Karadbil* ✓ BRUCE BROWN   ATTY. LORI BARRIST, AFPD ✓

AGENT. DEA   VIOL. 21:841(a)(1), 846

PROCEEDING: ARRAIGNMENT ON SUPERSEDING INDICTMENT   BOND. PRETRIAL DETENTION

DISPOSITION: Arraignment held. Deft present with counsel, waives formal reading of the S/Indictment & pleads not guilty.

~~Reading of Indictment Waived~~
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested, signed & distributed

Status cancelled in open court.
Deft. set for plea.

DATE: 3-1-01   TAPE: AEV01-14-1353