UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: <u>00-6294-CR-HURLEY/VITUNAC(s)</u>

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MACINTAUCH ELIACIN,

    Defendant.
_____/



## ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before United States Magistrate Judge **ANN E. VITUNAC** on <u>MARCH 1, 2001</u>, where the Defendant was arraigned and a plea of **NOT GUILTY** was entered. Defendant and court appointed counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

**DEFENDANT:**  Address: <u>  IN CUSTODY  </u>

                Telephone no.: _____

**DEFENSE COUNSEL:**  Name: <u>  FEDERAL PUBLIC DEFENDER  </u>

                Address: <u>  WEST PALM BEACH, FLORIDA  </u>

                Telephone no.: <u>(561) 833-6288</u>

BOND/SET/CONTINUED: $<u>  PRETRIAL DETENTION  </u>

BOND/PTD hrg held: YES_____ NO___ BOND/PTD hrg set for_____

Dated this <u> 1 </u> day of <u>  MARCH  </u>, 2001.

                              CLARENCE MADDOX, CLERK OF COURT

                              By: _____
                                    Deputy Clerk

c:   Courtroom Deputy, District Judge
     United States Attorney
     Defense Counsel
     United States Pretrial Service