CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE DANIEL T. K. HURLEY


FILED by ___ D.C.
MAR 13 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

===========================================

Case No. **00-6294-CR**           Date **March 12, 2001**

Courtroom Deputy: James E. Caldwell      Court reporter: Pauline Stipes

Language Spoken: **English**       Defendant's Status: (Pretrial Detained / ~~Bond~~)

UNITED STATES OF AMERICA v. **Eliacine Macintauch**

AUSA: **Bruce T. Browns**       DEFENSE COUNSEL: **AFPD Lori Barrish**

TYPE OF HEARING: **Change of plea from not guilty to guilty as to Count I of the Superseding Indictment.**

RESULTS OF HEARING: **After an inquiry, the plea of guilty was accepted.**

Misc.: **Sentencing date set for Friday, June 1, 2001, at 1:30 p.m.**