UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6294-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MACINTAUCH ELIACIN,

    Defendant.
_____/



### NOTICE OF FILING

The defendant, Macintauch Eliacin, through counsel, hereby gives notice of the filing of the attached letter from him to the court to be considered in his sentencing set for June 1, 2001.

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

_____
Lori Barrist
Assistant Federal Public Defender
Attorney for the Defendant
Florida Bar No. 374504
400 Australian Avenue, Suite 300
West Palm Beach, FL 33401
(561) 833-6288 - Telephone
(561) 833-0368 - Fax



CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed this 30th day of May, 2001, to Bruce Brown, Assistant United States Attorney, 500 East Broward Boulevard, 7th Floor, Fort Lauderdale, Florida 33301; Scott Kirsche, United States Probation Officer, 501 South Flagler Drive, Suite 400, West Palm Beach, Florida 33401-5912; and to Eliacin Macintauch, Pouch 2087, Cell S4A, Palm Beach County Jail, P. O. Box 24716, West Palm Beach, FL 33416.

_____
Lori Barrist

Dear Judge Hurley

I know I committed a crime that is suppose to put me away for some time, but I was a drug user caught up in a situation that I was already in too deep. I can take responsibility for what I possesed. I was raised up by my mom with no father and she taught me right from wrong, but I hanging around a friend who was a bad influence on me. I knew that there is you co-defend to it and I just use some and sold some. It because I was a big disapointment to my mom I never finished high school, most of the times I was depressed then I used drugs to try to feel good but the depression still was there. I am not going to continue whining in this letter. I just know now I have a son that I left out there and he needs me. I made a big mistake and I acknowledge that I must pay for it. I fully cooperated with the Agents I gave them Information about two people and they claim that information I gave about the supplier was weak when the supplier is now still free and I had more information but they did not visit me anymore. My co-deffendant dosen't like what I did but I don't care what he thinks. I feel I did everything in my power to get back home with my family. I truly ble

know anymore than what I told because I was not the mastermind of this conspiracy and the evidence proves that. I learned my lesson the hard way and I bet my life I will never break the law again cause being locked away from my family is pure misery and torture. I love my son and his mother and my mother, brothers, and grandmother. Your Honor I am begging for mercy please don't put me away from my family please. I don't want to go to prison. I am not a cold hearted killer I am a drug addict but the prosecution officer is asking to give me time that is really unfair. Judge Hurley Please. Please.

Respectfully Yours

Maintaud Eliacin