NIGHT BOX
FILED
MAY 30 2001
CLERK, USDC / SDFL / WPB

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6294-CR-HURLEY(s)

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

MACINTAUCH ELIACIN,

    Defendant.

_____/

## GOVERNMENT'S RESPONSE TO DEFENDANT'S OBJECTIONS TO PRE-SENTENCE INVESTIGATION REPORT

The United States of America, through the undersigned Assistant United States Attorney, files its response to the defendant's Objections to the Pre-Sentence Investigation Report. The United States of America agrees with defendant's first two objections and requests this Court to overrule defendant's remaining objection. In support of said request the United States of America states the following:

1.    Macintauch Eliacin is not less culpable than any other participant in this conspiracy. There are a total of five narcotics transactions conducted in this case. Feline Joseph is only implicated in one of them. Eric Taylor is implicated in three of them. Macintauch Eliacin is implicated in four of them. Macintauch Eliacin was not present when the arrest and search warrants were executed and sixty-five grams of crack cocaine were found. That is the only reason he is not

charged in Count 7 of the Superseding Indictment. Defendant's assertion that Eric Taylor distributed twice as much crack cocaine as he did is simply unfounded. Macintauch Eliacin actually distributed more crack cocaine than any other participant in this conspiracy. As a result, the United States of America respectfully asks this court to overrule defendant's objection regarding minor role.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
Bruce O. Brown
Assistant United States Attorney
Florida Bar No. 999490
500 East Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
TEL: (954) 356-7255
FAX: (954) 356-7336
E-MAIL: bruce.brown2@justice.usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via facsimile (Fax number 561 833 0368) this 30th day of May, 2001 to: Lori Barrist, Esquire, Assistant Federal Public Defender, 400 Australian Avenue North, Suite 300, West Palm Beach, Florida 33401.

_____
Bruce O. Brown
Assistant United States Attorney