UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

00-6294-CR-HURLEY

**NIGHT BOX FILED**

MAY 30 2001

CLERK, USDC / SDFL / WPB

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| MACINTAUCH ELIACIN, | ) |
| | ) |

### GOVERNMENT'S MOTION TO REDUCE SENTENCE PURSUANT TO U.S.S.G SEC. 5K1.1

The United States of America, by and through its undersigned Assistant United States Attorney, hereby states that the defendant, MACINTAUCH ELIACIN, has provided substantial assistance in the prosecution of another person who has committed an offense, and therefore moves that the Court depart from the guidelines sentence in this case.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
BRUCE O. BROWN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 999490
500 E. Broward Blvd, Ste 700
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7255x3508
Facsimile: (954) 356-7336

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed this May 30, 2001 to Lori Barrist, 400 Australian Avenue North, Suite 300, West Palm Beach, Florida 33401.

_____
BRUCE O. BROWN
ASSISTANT U.S. ATTORNEY