PROB 12A  
(SD/FL 10/01)

SD/FL PACTS No. 65782

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6294-CR-HURLEY</u>



### REPORT ON OFFENDER UNDER SUPERVISION

Name of Offender:     ELIACIN, MACINTAUCH

Name of Sentencing Judicial Officer:    The Honorable Daniel T.K. Hurley  
United States District Judge  
Southern District of Florida  
West Palm Beach, Florida



FILED by ___ D.C.  
JAN 18 2006  
CLARENCE MADDOX  
CLERK U.S. DIST. CT.  
S.D. OF FLA. - W.P.B.

Date of Original Sentence: June 1, 2001

Original Offense:   Conspiracy to Possess with Intent to Distribute in excess of 50 Grams of Cocaine Base, in violation of 21 U.S.C. § 841 (a)(1), a Class "A" felony.

Original Sentence:  Forty-eight (48) months custody of the Bureau of Prisons, five (5) years supervised release, and $100 special assessment fee. The Court imposed the following special conditions: (1) The defendant shall participate in an approved treatment program for drug and/or alcohol abuse as directed by the U.S. Probation Office. Participation may include inpatient/outpatient treatment, if deemed necessary. The defendant will contribute to the cost of services rendered (copayment) in an amount determined by the probation officer, based on ability to pay, or availability of third-party payment; (2) The defendant shall maintain full-time, legitimate employment and not be unemployed for a term of more then 30 days, unless excused by the United States Probation Officer. Further, the defendant shall provide documentation including, but not limited to pay stubs, contractual agreements, W-2 Wages and Earnings Statements, and other documents requested by the United States Probation Officer; (3) The defendant shall remain current in his obligation to pay child-support; and (4) The defendant shall submit to a search of his person or property conducted in a reasonable manner and at a reasonable time by the United States Probation Officer.

Type of Supervision:  
Supervised Release

Date Supervision Commenced:  
April 4, 2003

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

PROB 12A  
Name of Offender: ELIACIN, MACINTAUCH  
(SD/FL 10/01)

SD/FL PACTS No. 65782  
CASE NO. 00-6294-CR-HURLEY  
Page 2

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Mandatory Condition,** by failing to remain from violation of the law. On or about October 6, 2005, the defendant was arrested by officers of the North Miami Beach Police Department for a bench warrant that was issued back in December 16, 1999, for the offense of No Valid Driver's License. |

U.S. Probation Officer Action:

The defendant was released from the Metro Dade County Jail on October 7, 2005, the morning after his arrest, and immediately contacted his probation officer and advised this officer of this arrest. This bench warrant was issued back on December 16, 1999. This warrant was issued prior to the defendant's placement on supervised release. At the time of this arrest, the defendant was in the Miami area attending his step-father's funeral. The defendant's supervision has been very stable and he has been complying with the terms and conditions of his supervised release since his release from the Bureau of Prisons. The defendant is residing in West Palm Beach, Florida, with his cousin and is employed full-time as a stockman at Wal-Mart Department Store. This employment has been stable for the last two (2) years. The defendant's driver's license is currently valid. The U.S. Probation Officer is asking that Your Honor take no further court action on this violation due to the fact that it occurred prior to supervision.

Respectfully submitted,

by

Richard J. Samson  
U.S. Probation Officer  
Phone: (561) 804-6847  
Date: January 9, 2006

---

[X] Concur with action(s) taken by the U.S. Probation Officer  
[ ] Submit a Request for Modifying the Conditions or Term of Supervision  
[ ] Submit a Request for _____ Warrant or _____ Summons

Signature of Judicial Officer

January 17, 2006  
Date